CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rks
JUN 16 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN F. JACKSON, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00306 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMONWEALTH OF VIRGINIA, ) | |
| et al, ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that:

1. All plaintiff's claims brought against the Commonwealth of Virginia, the Department of Criminal Justice Services, the Northwest Virginia Regional Drug Task Force, the Shenandoah County Sheriff's Department, and the United States Marshall Service are hereby **DISMISSED**.

2. The Clerk of the Court is hereby **DIRECTED** to terminate the Commonwealth of Virginia, the Department of Criminal Justice Services, the Northwest Virginia Regional Drug Task Force, the Shenandoah County Sheriff's Department, and the United States Marshall Service;

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and to counsel of record for the defendants, if known.

ENTER: This 16th day of June, 2006.

*Jackson L. Kiser*
Senior United States District Judge